IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY HANLEY on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:12-cv-1612 ) |
| FIFTH THIRD BANK, | ) ) |
| Defendant. | ) ) ) ) |

**DEFENDANT FIFTH THIRD BANK'S UNCONTESTED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

Defendant Fifth Third Bank ("Defendant"), through its attorneys, REED SMITH LLP, move this Court pursuant to Federal Rule of Civil Procedure 6(b) for an extension of time to file its responsive pleading to Gary Hanley's ("Plaintiff") Complaint. In support of its Motion, Defendant states as follows:

1. Defendant was served with the putative class action Complaint on March 7, 2012, and its responsive pleading is therefore due on March 28, 2012.

2. Defendant very recently retained Reed Smith LLP as counsel in the above-captioned lawsuit.

3. Defendant requires additional time to investigate the allegations of this putative class action complaint and therefore respectfully requests an extension of time of twenty-eight days to file its responsive pleadings, on or before April 25, 2012.

4. This request is not made for purposes of delay.

5. Plaintiff's counsel does not object to this request.

- 2 -

**WHEREFORE,** Defendant respectfully requests that the Court grant an extension of time to file its responsive pleading to Plaintiff's Complaint on or before April 25, 2012, and award any other relief the Court deems just and proper.

Dated:  March 22, 2012                                                  Respectfully submitted,

                                                                     FIFTH THIRD BANK

                                                               By:      s/Gary S. Caplan
                                                                        One of Its Attorneys

Gary S. Caplan - #6198263
Henry Pietrkowski - #6230048
Timothy R. Carraher - #6299248
Reed Smith LLP
10 S. Wacker Dr., 40th Floor
Chicago, IL 60606
(312) 207-1000
Firm I.D.: 44486

US_ACTIVE-108971402.1

## CERTIFICATE OF SERVICE

The foregoing **DEFENDANT FIFTH THIRD BANK'S UNCONTESTED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** was filed on March 22, 2012 electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to attorneys of record.

By: /s/ Gary S. Caplan
One of Its Attorneys

Gary S. Caplan (#6198263)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
gcaplan@reedsmith.com
*Attorneys for Fifth Third Bank*