# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Gary Hanley

                    Plaintiff,

v.                                        Case No.: 1:12–cv–01612
                                        Honorable Ruben Castillo

Fifth Third Bank

                    Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Maria Valdez for the purpose of holding proceedings related to: settlement conference.(rao, )Mailed notice.

Dated: June 6, 2012

                                                                           /s/ Ruben Castillo

                                                                   United States District Judge