IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY HANLEY on behalf of himself and others similarly situated,<br>    Plaintiff,<br><br>    v.<br><br>FIFTH THIRD BANK,<br>    Defendant. | )<br>)  1:12-cv-1612<br>)<br>)  Judge Castillo<br>)<br>)<br>)<br>)  JURY DEMANDED<br>)<br>) |

**PARTIES' JOINT STIPULATION REGARDING NATURE OF DEFENDANT'S DIALERS**

The parties to this action hereby stipulate that for purposes of this action only, any calls made using defendant's dialers to plaintiff or the putative class, should a class be certified in this action, were made using an "automatic telephone dialing system" as that term is used in the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, and implementing regulations and Federal Communications Commission orders.

It is the desire of the parties to take this issue out of contention, and is the intent of the parties that this stipulation be binding upon them only in this action. Defendant is therefore barred from arguing that it did not use an "automatic telephone dialing system" in this action. In turn, plaintiff agrees that this stipulation moots all discovery requests relating to whether defendant's dialers constitute an "automatic telephone dialing system." However, the parties agree that plaintiff reserves the right to request such documents if they are discoverable as to other issues in the case; defendant reserves the right to object to any such requests.

So stipulated,

/s/Alexander H. Burke
Alexander H. Burke
Counsel for Plaintiff

**BURKE LAW OFFICES, LLC**

155 N. Michigan Ave., Suite 9020

/s/Gary S. Caplan
Gary S. Caplan
Counsel for Defendant

Reed Smith

Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

10 South Wacker Drive
Chicago, IL 60606-7507
(312) 207-1000
(312) 207-6400
gcaplan@reedsmith.com