IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GARY HANLEY on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | 1:12-cv-1612 |
| v. | ) ) ) | Hon. Ruben Castillo |
| FIFTH THIRD BANK, | ) ) | |
| Defendant. | ) ) ) ) | |

**JOINT MOTION TO EXTEND THE TIME
TO FILE PRELIMINARY APPROVAL MOTION**

Plaintiff Gary Hanley ("Plaintiff") and Defendant Fifth Third Bank ("Defendant") (collectively the "Parties"), through their respective attorneys, jointly move this Court pursuant to Federal Rule of Civil Procedure 6(b) for a one-day extension of time from June 5 to June 6, 2013, in which to finalize their classwide settlement agreement and present the Court with a motion for preliminary approval of that settlement. In support of this motion, the Parties state that, since the Court entered its Minute Entry on May 30, 2013, setting a June 5 deadline for filing the preliminary approval motion, the Parties have diligently engaged in extensive settlement negotiations and exchanged numerous drafts of a written settlement agreement with multiple exhibits. However, due to client availability to review and sign off on the final agreement, the parties need just one more day, until June 6, in which to finalize the classwide settlement and file the motion for preliminary approval.

**WHEREFORE,** the Parties respectfully request that the Court grant an extension of the time in which to file a preliminary approval motion by one day, from June 5 to June 6, 2013, and grant such other relief as the Court deems just and proper.

Dated: June 5, 2013

Respectfully submitted,

GARY HANLEY

By: /s/ Alexander H. Burke

Beth E. Terrell, *Admitted Pro Hac Vice*
Email: bterrell@tmdwlaw.com
Kimberlee L. Gunning, *Admitted Pro Hac Vice*
TERRELL MARSHALL DAUDT & WILLIE PLLC
Email: kgunning@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

Alexander H. Burke
Email: aburke@burkelawllc.com
BURKE LAW OFFICES, LLC
155 North Michigan Avenue, Suite 9020
Chicago, Illinois 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

FIFTH THIRD BANK

By: s/ Henry Pietrkowski
One of Its Attorneys

Gary S. Caplan - #6198263
Henry Pietrkowski - #6230048
Timothy R. Carraher - #6299248
Reed Smith LLP
10 S. Wacker Dr., 40th Floor
Chicago, IL 60606
(312) 207-1000

## CERTIFICATE OF SERVICE

The foregoing **JOINT MOTION FOR EXTENSION OF TIME TO FILE PRELIMINARY APPROVAL MOTION** was filed electronically on June 5, 2013, with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record who have registered on the ECF system.

By: /s/ Henry Pietrkowski

Gary S. Caplan - #6198263
Henry Pietrkowski - #6230048
Timothy R. Carraher - #6299248
Reed Smith LLP
10 S. Wacker Dr., 40th Floor
Chicago, IL 60606
(312) 207-1000

*Attorneys for Defendant*