IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GARY HANLEY on behalf of himself and others similarly situated, | ) ) | |
| Plaintiff, | ) ) | 1:12-cv-1612 |
| | ) | Judge Castillo |
| v. | ) ) | Magistrate Judge Valdez |
| FIFTH THIRD BANK, | ) | JURY DEMANDED |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO FILE OVERSIZED BRIEF
IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

Plaintiff respectfully requests that the Court permit him leave to file a 23-page brief in support of his motion for preliminary approval of class action settlement.

In support of this motion, plaintiff states:

1. This is a Telephone Consumer Protection Act, 47 U.S.C. §227(b) case, which alleges improper use of an autodialer and prerecorded messages to cell phones.

2. After several mediation sessions and months of hard work, the parties have reached a $4.5 million class action settlement. As part of that settlement, plaintiff is filing an unopposed motion for preliminary approval of the settlement.

3. Plaintiff attempted to draft a preliminary approval motion that was fifteen pages long pursuant to Local Rule 7.1, but was unable to address the numerous complex factors necessary for such a motion within that limit. Plaintiff therefore requests that the Court grant him leave to file a 23-page brief.

4. Counsel have conferred, and Fifth Third has indicated that it does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that the Court permit him leave to file a 23-page brief in support of his motion for preliminary approval of class action settlement.

RESPECTFULLY SUBMITTED AND DATED this 6th day of June, 2013.

TERRELL MARSHALL DAUDT & WILLIE PLLC


By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
Beth E. Terrell, *Admitted Pro Hac Vice*
Email: bterrell@tmdwlaw.com
Kimberlee L. Gunning, *Admitted Pro Hac Vice*
Email: kgunning@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

Alexander H. Burke
Email: aburke@burkelawllc.com
BURKE LAW OFFICES, LLC
155 North Michigan Avenue, Suite 9020
Chicago, Illinois 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

*Attorneys for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I, Beth E. Terrell, hereby certify that on June 6, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Gary S. Caplan, #6198263
> Email: gcaplan@ReedSmith.com
> Henry Pietrkowski, #6230048
> Email: hpietrkowski@ReedSmith.com
> Timothy R. Carraher, #6299248
> Email: tcarraher@ReedSmith.com
> REED SMITH LLP
> 10 South Wacker Drive, 40th Floor
> Chicago, Illinois 60606
> Telephone: (312) 207-1000

*Attorneys for Defendant*

DATED this 6th day of June, 2013.

> TERRELL MARSHALL DAUDT & WILLIE PLLC
>
> By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
> Beth E. Terrell, *Admitted Pro Hac Vice*
> Email: bterrell@tmdwlaw.com
> 936 North 34th Street, Suite 400
> Seattle, Washington 98103-8869
> Telephone: (206) 816-6603
> Facsimile: (206) 350-3528

*Attorneys for Plaintiff*