## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 1612 | **DATE** | 7/3/2013 |
| **CASE TITLE** | Gary Hanley vs. Fifth Third Bank | | |

**DOCKET ENTRY TEXT**

Joint motion for extension of deadlines relating to approval of class action settlement [74] is granted. Enter Order Amending Deadlines Relating to Approval of Class Action Settlement. Fairness hearing is reset to 12/23/2013 at 1:00 p.m. The motion hearing set for 7/10/2013 is vacated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|