UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY HANLEY on behalf of himself and others similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> FIFTH THIRD BANK, <br><br> *Defendant.* | ) Case No. 1:12-cv-1612 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Judge Castillo <br> ) Magistrate Judge Valdez <br> ) <br> ) |

**DECLARATION OF RUST CONSULTING, INC.
REGARDING TIMELY COMPLIANCE OF CLASS NOTICE**

1.      I am Kim Schmidt, a Senior Vice President of Rust Consulting, Inc. The following statements are based on my personal knowledge and information provided by other Rust Consulting, Inc. employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

2.      Rust Consulting, Inc. ("Rust") is a national leader in the class action settlement administration industry. Rust administers settlements and projects within the legal, public, and business sectors. In its 35-year history, Rust has provided services for more than 3,500 projects and distributed billions of dollars in settlement assets.

3.      I joined Rust in 1999. I am a licensed Certified Public Accountant and I received a B.A. in management from the Carlson School of Business at the University of Minnesota. I have more than 15 years of claims administration experience including

project management and claims processing and distribution on more than 500 settlements. Representative settlements include the *Microsoft Permatemp* case and the MetLife insurance settlement.

4. As set forth in point 6 on page 4 of the Class Action Settlement Agreement filed on June 6, 2013 (the "Settlement Agreement"), Rust Consulting, Inc. ("Rust") was appointed by the Court to serve as the Claims Administrator to supervise and administer the notice procedure in the above captioned settlement (the "Settlement"). Section E of the Settlement Agreement provides additional direction on the manner of the notice procedure. I submit this Declaration in order to provide the Court and the parties to the Settlement with information regarding the mailing of the Mail Notice ("the Notice" or "Postcard Notice"), the Publication Notice, the website and other administrative activities in accordance with the Settlement Agreement.

5. Rust was responsible for providing notice by mail to Settlement Class Members. Specifically, individual notice was to be provided by direct mail to the most recent mailing address as reflected in Fifth Third's reasonably available computerized account records, for those persons that the Parties, using their best efforts, could reasonably determine might be members of the Settlement Class.

6. On June 24, 2013, Rust received from Fifth Third electronic data containing names and addresses of members of the Settlement Class. Rust processed this data and loaded the information into a database created for the Settlement. The data was electronically scrubbed to ensure adequate address formatting and resulted in 216,498 records for mailing.

7. Rust formatted the Postcard Notice and caused it to be printed, personalized with the name and address of each Settlement Class Member from the Settlement database, posted for first-class mail, postage pre-paid, and delivered on August 1, 2013 to a United States Post Office for mailing. The Notices (both Postcard and Internet or long-form versions) were posted on the Settlement website by August 1, 2013. A copy of the Postcard Notice is attached as **Exhibit 1**.

8. In this initial mailing on August 1, 2013, a total of 216,498 Postcard Notices were mailed to Settlement Class Members

9. As of September 30, 2013, the USPS returned 16,474 Postcard Notices as undeliverable without forwarding addresses. Of these 16,474 undeliverable Notices, Rust located 10,428 new addresses through a trace process. Rust mailed the Notices to those 10,428 Class Members at these updated addresses. Additionally, the USPS returned 638 Notices with forwarding addresses and Rust re-mailed the Notices to these Class Members at their forwarding addresses. An additional 531 Notices were returned a second time. As of September 30, 2013, a total of 6,146 Postcard Notices remained undeliverable.

10. Overall, Postcard Notices reached approximately 97% of potential Settlement Class Members.

11. As of September 30, 2013, eight exclusion requests were received for the Class.

12. In addition to the direct mail notice described above, Rust Consulting also provided Publication Notice to all Class Members for whom contact information was not provided. The Publication Notice included Internet banners on websites and publication

in regional newspapers targeted to Fifth Third customers. Pursuant to the Notice Program, as approved by the Court, insertions were placed in the following media to reach Class Members:

| National Consumer Magazines | Circulation |
| --- | --- |
| Good Housekeeping | 4,300,000 |
| Motor Trend | 1,100,000 |
| Parents | 2,200,000 |
| **Regional Magazines** | **Circulation** |
| City & Shore | 46,000 |
| Illinois Country Living | 181,674 |
| Indianapolis Monthly | 40,540 |
| Kentucky Living | 510,992 |
| Ohio Magazine | 54,706 |
| **Regional Newspaper** | **Circulation** |
| Grand Rapids Press | 60,810 |
| **Online Media** | **Delivered Impressions** |
| 24/7 Network | 4,789,682 |
| adconion network | 3,076,923 |
| Casale Media | 5,094,340 |
| Collective | 3,058,104 |
| Owner's IQ | 2,816,901 |
| parade.com | 2,000,000 |
| Specific Media | 5,000,000 |

13. An Implementation Report for the Settlement Published Notice Program is attached as **Exhibit 2** and confirms that the Court-approved Notice Program was implemented. The report details each print publication and the date and page number upon which the Publication Notice appeared. The report confirms that Rust has received a

true and correct copy of the advertisement, or "tearsheet," from each publication. The report also details the delivered gross impressions for the Internet advertisements.

14. Rust established and is maintaining a toll-free phone number (866-802-1808) for the Settlement to accommodate Class Members. The toll-free number became operational on August 1, 2013. As of September 30, 2013, Rust had received a total of 1,588 telephone calls to the toll-free line. There were 223 requests for claim forms to be mailed to Class Members made through the toll-free number.

15. Rust also established and is maintaining a website for Class Members, www.FifthThirdTCPsettlement.com. The website includes general information about the Class, a detailed, long-form notice, a downloadable copy of the Claim Form, viewable versions of the Settlement Agreement and other Court documents, important dates relating to the Settlement, a set of frequently asked questions and answers, and a toll-free number that Class Members can call for more information. There is also an online claim filing component that allows Class Members to file their claim through the website. As of September 306, 2013, there have been 49,650 unique visits to the website.

16. The Settlement Agreement provides that Class Members must submit a Claim Form during the Claim Period in order to receive a Settlement Award as part of the Settlement. Claim Forms must be filed online or mailed and postmarked by November 22, 2013. As of September 30, 2013, 12,032 Claim Forms have been received by mail and another 1,559 Claims have been filed online, for a total of 13,591 Claims.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this third day of October, 2013 in Faribault, Minnesota.

*Kim Schmidt*

Kim Schmidt

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on October 3, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Gary S. Caplan, #6198263
>Email: gcaplan@ReedSmith.com
>Henry Pietrkowski, #6230048
>Email: hpietrkowski@ReedSmith.com
>Timothy R. Carraher, #6299248
>Email: tcarraher@ReedSmith.com
>REED SMITH LLP
>10 South Wacker Drive, 40th Floor
>Chicago, Illinois 60606
>Telephone: (312) 207-1000

*Attorneys for Defendant*

DATED this 3rd day of October, 2013.

>TERRELL MARSHALL DAUDT & WILLIE PLLC
>
>
>By:   /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
>Beth E. Terrell, *Admitted Pro Hac Vice*
>Email: bterrell@tmdwlaw.com
>936 North 34th Street, Suite 300
>Seattle, Washington 98103-8869
>Telephone: (206) 816-6603
>Facsimile: (206) 350-3528

*Attorneys for Plaintiff*

— **EXHIBIT 1** —

**If You Received an Automated or Prerecorded Call from Fifth Third Bank on Your Cell Phone, You Could Get Money from a Class Action Settlement.**

<span style="border:1px solid red;">Exhibit 1</span>

**Who Is a Class Member?** – You may be a member of the Settlement Class if anytime on or after March 6, 2008 through June 11, 2013, Fifth Third Bank ("Fifth Third") or any of its affiliates or subsidiaries, or any entity acting on its behalf, placed a non-emergency call to your cell phone using an automatic dialing system and/or an artificial or prerecorded voice without your consent or after you had revoked consent for such calls. Excluded from the Settlement Class are the Judge and the Judge's staff and immediate family, as well as all persons who validly request exclusion from the Settlement Class.

**Terms of the Settlement** – Fifth Third will pay $4,500,000 into a Settlement Fund (the "Fund") in full and complete settlement and release of all claims of Plaintiff and the Settlement Class Members, as described in the Settlement Agreement. All Settlement Awards to Settlement Class Members, an attorneys' fee award to be decided by the Court, any incentive award to be determined by the Court, any *cy pres* distribution to charity, and the costs for Notice and Claims Administration will be paid out of the Fund. Settlement Awards will be distributed to Settlement Class Members on a claims-made basis. Settlement Awards will be made on a *pro rata* basis from the amount of the Fund remaining after deducting the Settlement Costs from the Fund.

**Your Rights and Options** – To get a Settlement Award from the Fund, you must file a valid and timely claim form (attached). Claim forms can be submitted online or by mail at PO Box 3012, Faribault, MN 55021-5042. If you have any questions about filing a claim form, contact the Claims Administrator at 1-866-802-1808. **The deadline to file a claim is November 22, 2013.**

If you do **NOT** want to participate in the settlement, you may exclude yourself from the settlement by submitting a written request postmarked by **October 10, 2013**. If you do not exclude yourself, you will be bound by the terms of the settlement and give up your right to sue regarding the settled claims.

If you are a Settlement Class Member, and have not excluded yourself from the settlement, you can object to the settlement including Class Counsel's fee request. Written objections must be sent to Counsel postmarked by **October 10, 2013**. Address information for both are available on the settlement website. Class Counsel is requesting fees of $1,500,000. Anyone who objects to the settlement may ask to appear at the Final Approval Hearing.

**The Court has set the Final Approval Hearing for December 23, 2013** in front of Judge Ruben Castillo, at the U.S. District Court for the Northern District of Illinois Eastern Division located at 219 South Dearborn Street, Chicago, IL 60604, in courtroom 2541.

**This notice is only a summary. Complete details about your rights and options are available on the settlement website or by contacting the Claims Administrator. Do not call the Court.**

www.FifthThirdTCPASettlement.com      1-866-802-1808

---

**FIFTH THIRD HANLEY SETTLEMENT**

Tear off, complete and mail to the address on the other side of this card, postmarked by <u>November 22, 2013</u>.

1. Name: _____

2. Address: _____

   City: _____ State: _____ Zip Code: _____

3. Contact telephone number: _____ Email (optional): _____

4. Cell phone number at which you received phone call(s) from Fifth Third without consent:
   _____

By submitting this claim form, I certify under oath that the information I have provided above is true and correct. I also certify that on or after March 6, 2008, I received one or more telephone calls from Fifth Third to my cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice without my consent. I understand under the Settlement Agreement I am forever releasing and waiving any right to seek compensation or make any claim regarding such telephone calls to my cellular telephone.

_____                _____
*Date*                                                *Signature*

*3968*              *CF*



**FIFTH THIRD HANLEY SETTLEMENT ADMINISTRATOR**
**PO BOX 3012**
**Faribault, MN 55021-5042**

— **EXHIBIT 2** —

# Media Buy Report

## FifthThird Robocall Settlement



### Paid Media

| Print Media | Unit Type/Size | Date Ad(s) Ran | Page # of Ad | Tearsheet Received? |
|---|---|---|---|---|
| **Magazine(s)** | | | | |
| City & Shore | 3.625" x 9.75" | 9/8/2013 | 125 | Yes |
| Good Housekeeping | Half Page (3.625" x 10.625") | 9/10/2013 | 168 | Yes |
| Illinois Country Living | 4.5" x 7.3125" | 9/2/2013 | 27 | Yes |
| Indianapolis Monthly | 4.5" x 7" | 9/2/2013 | 163 | Yes |
| Kentucky Living | 4.8125" x 7.5" | 9/2/2013 | 36 | Yes |
| Motor Trend | Half Page (7" x 4.875") | 9/10/2013 | 117 | Yes |
| Ohio Magazine | 4.625" x 7.5" | 9/2/2013 | 23 | Yes |
| Parents | Half Page (3.5" x 10") | 9/10/2013 | 242 | Yes |
| **Newspaper(s)** | | | | |
| Grand Rapids Press | 1/6 Pg (5.387" x 9") | 9/4/2013 | A6 | Yes |

| Online Media | Ad Type/Size | Estimated Impressions | | Ads Ran? |
|---|---|---|---|---|
| **Web** | | | | |
| 24/7 Network | 728x90; 300x250; 160x600 | 1,428,571 | | Confirmed |
| 24/7 Network | 728x90; 300x250; 160x600 | 1,250,000 | | Confirmed |
| 24/7 Network | 728x90; 300x250; 160x600 | 1,111,111 | | Confirmed |
| 24/7 Network | 728x90; 300x250; 160x600 | 1,000,000 | | Confirmed |
| adconion network | 728x90, 300x250, 160x600 | 3,076,923 | | Confirmed |
| Casale Media | 728x90, 300x250, 160x600 | 5,094,340 | | Confirmed |
| Collective | 728x90, 300x250, 160x600 | 3,058,104 | | Confirmed |
| Owner's IQ | 160x600; 300x250; 728x90 | 2,816,901 | | Confirmed |
| parade.com | 728x90; 300x250; 160x600 | 2,000,000 | | Confirmed |
| Specific Media | 728x90, 300x250, 160x600 | 5,000,000 | | Confirmed |