DC

7-28-15

To Whom It May Concern, 12C1612

I am Shelby Cisco, I am writing to find out the information on the Settlement of 12-23-13 Hanley vs Fifth Third Bank No. 1:12-CV-1612 (N.D.Ill).

I have copies of all papers and I have also wrote the Administration Settlement of Fifth Third Bank. Please let me know if anything from the Settlement is due myself, a little something is better than nothing my # is 423-202-0864 phone

sstory00@Charter.Net (email)

Shelby K. Cisco
325 Brown Circle Dr
Blountville, Tn 37617

Thanks,
Shelby K. Cisco

2015 AUG -5 PM 1:15

FILED
AUG 0 5 2015 DC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Court-Ordered Legal Notice

FIFTH THIRD HANLEY SETTLEMENT ADMINISTRATOR
P.O. BOX 3012
FARIBAULT, MN 55021-5042

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID

**Important Notice About the Fifth Third Hanley Settlement**

*00008800077*

64835-11-4660

T299/P1 *********AUTO**3-DIGIT 376
SHELBY K CISCO
325 BROWN CIR
BLOUNTVILLE TN 37617-6517

# If You Received an Automated or Prerecorded Call from Fifth Third Bank on Your Cell Phone, You Could Get Money from a Class Action Settlement.

**Who Is a Class Member?** – You may be a member of the Settlement Class if anytime on or after March 6, 2008 through June 11, 2013, Fifth Third Bank ("Fifth Third") or any of its affiliates or subsidiaries, or any entity acting on its behalf, placed a non-emergency call to your cell phone using an automatic dialing system and/or an artificial or prerecorded voice without your consent or after you had revoked consent for such calls. Excluded from the Settlement Class are the Judge and the Judge's staff and immediate family, as well as all persons who validly request exclusion from the Settlement Class.

**Terms of the Settlement** – Fifth Third will pay $4,500,000 into a Settlement Fund (the "Fund") in full and complete settlement and release of all claims of Plaintiff and the Settlement Class Members, as described in the Settlement Agreement. All Settlement Awards to Settlement Class Members, an attorneys' fee award to be decided by the Court, any incentive award to be determined by the Court, any *cy pres* distribution to charity, and the costs for Notice and Claims Administration will be paid out of the Fund. Settlement Awards will be distributed to Settlement Class Members on a claims-made basis. Settlement Awards will be made on a *pro rata* basis from the amount of the Fund remaining after deducting the Settlement Costs from the Fund.

**Your Rights and Options** – To get a Settlement Award from the Fund, you must file a valid and timely claim form (attached). Claim forms can be submitted online or by mail at PO Box 3012, Faribault, MN 55021-5042. If you have any questions about filing a claim form, contact the Claims Administrator at 1-866-802-1808. **The deadline to file a claim is November 22, 2013.**

If you do **NOT** want to participate in the settlement, you may exclude yourself from the settlement by submitting a written request postmarked by **October 10, 2013**. If you do not exclude yourself, you will be bound by the terms of the settlement and give up your right to sue regarding the settled claims.

If you are a Settlement Class Member, and have not excluded yourself from the settlement, you can object to the settlement including Class Counsel's fee request. Written objections must be sent to Counsel postmarked by **October 10, 2013.** Address information for both are available on the settlement website. Class Counsel is requesting fees of $1,500,000. Anyone who objects to the settlement may ask to appear at the Final Approval Hearing.

**The Court has set the Final Approval Hearing for December 23, 2013** in front of Judge Ruben Castillo, at the U.S. District Court for the Northern District of Illinois Eastern Division located at 219 South Dearborn Street, Chicago, IL 60604, in courtroom 2541.

**This notice is only a summary. Complete details about your rights and options are available on the settlement website or by contacting the Claims Administrator. Do not call the Court.**

**www.FifthThirdTCPASettlement.com** **1-866-802-1808**

Plaintiffs alleged that the defendant violated the TCPA when it called the class members on their cellular telephones using an ATDS and/or using an artificial or prerecorded voice without obtaining their prior express consent. The named plaintiff was a cardholder and provided the defendant with his phone number. Despite defendant's defenses, the parties settled the claims for monetary damages and injunctive relief. On March 31, 2014, the Court granted final approval of the parties' $8.7 million settlement.

***Hanley v. Fifth Third Bank***, No. 1:12-cv-1612 (N.D. Ill.)

Settlement: $4.5 million

Date: December 23, 2013 (Final Approval)

The plaintiff's class-action complaint alleged that defendant Fifth Third violated the TCPA when it placed calls to cellular telephones using an ATDS or using an artificial or prerecorded voice after the plaintiff and putative class members revoked consent for such calls. Fifth Third denied the allegations. On December 23, 2013, the Court granted final approval of the parties' $4.5 million settlement agreement.

***Toni Spillman v. Domino's Pizza LLC and RPM Pizza, LLC***, No. 10-cv-349 (M.D. La.)